UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LANCE IGOU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-02910-JMS-MPB |
| WEXFORD OF INDIANA, LLC, et al. | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Sanctions and Defendants' Cross-Motion for Sanctions [86]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation [86]. The Plaintiff's Motion for Sanctions [71] and Defendants' Cross-Motion for Sanctions [72] are **DENIED**.

Date: 7/20/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

1

Bryan Findley
INDIANA ATTORNEY GENERAL
bryan.findley@atg.in.gov

Adam Garth Forrest
BOSTON BEVER KLINGE CROSS & CHIDESTER
aforrest@bbkcc.com

Ashlie K. Keaton
BLEEKE DILLON CRANDALL ATTORNEYS
ashlie@bleekedilloncrandall.com

Jonathan Charles Little
SAEED & LITTLE, LLP
jon@sllawfirm.com

Bradley C. Lohmeier
SAEED & LITTLE LLP
bradley@sllawfirm.com

Jarrod Alvin Malone
KATZ  KORIN CUNNINGHAM, P.C.
jmalone@kkclegal.com

Jessica A. Wegg
SAEED & LITTLE LLP
jessica@sllawfirm.com